IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LARRY AND LESLIE KAY MCLESKEY, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:18-cv-02797-JPH-TAB |
| ) | |
| MORRIS INVEST and CLAYTON MORRIS, ) | |
| ) | |
| Defendants. ) | |

**MORRIS DEFENDANTS' PRELIMINARY WITNESS AND EXHIBIT LISTS**

Defendants Morris Invest and Clayton Morris (the "Morris Defendants"), by counsel, and for their *Preliminary Witness and Exhibits Lists*, state as follows:

**Preliminary Witness List**

|    | NAME | ADDRESS / TELEPHONE | SUBJECT(S) |
|----|------|---------------------|------------|
| 1. | Clayton Morris | c/o Hoover Hull Turner LLP | Mr. Morris's dealings, if any, with Plaintiffs prior to and following their purchase of property from Oceanpointe (or related entities), and any related dealings or interactions with Oceanpointe (or related entities). |
| 2. | Nicole Meckley | c/o Hoover Hull Turner LLP | Dealings, if any, with Plaintiffs prior to and following their purchase of property from Oceanpointe (or related entities), and any related dealings or interactions with Oceanpointe regarding Plaintiffs' property. |
| 3. | Linzi Del Conte | c/o Hoover Hull Turner LLP | Dealings, if any, with Plaintiffs prior to and following their purchase of property from Oceanpointe (or related entities), and any related dealings or interactions with Oceanpointe regarding Plaintiffs' property. |
| 4. | Representatives of Morris Invest identified in Plaintiffs' Second Amended Complaint | c/o Hoover Hull Turner LLP | Alleged interactions and dealings with Plaintiffs. |

| | | | |
|---|---|---|---|
| 5. | Representatives of Oceanpointe, Indy Jax and/or Oceanpointe Property Management, including, but not limited to, Natalie Bastin, Erika Thomas, and/or Shelby Glenn, and any contractor(s) employed with respect to Plaintiffs' property. | Unknown | Interactions with Plaintiffs relating to Plaintiffs' purchase of property, including status of rehabilitation work, tenant status, services and/or rent, other contracted-for services, performance of rehab, tenant-management, and other contracted-for services, and payments for or relating to the same; interactions with the Morris Defendants regarding Plaintiffs' property. |
| 6. | Herbert "Bert" Whalen | (last known) 10812 Portside Ct. Indianapolis, IN 46236 | Interactions with Plaintiffs relating to Plaintiffs' purchase of property, including status of rehabilitation work, tenant status, services and/or rent, other contracted-for services, performance of rehab, tenant-management, and other contracted-for services, and payments for or relating to the same; interactions with the Morris Defendants regarding Plaintiffs' property. |

| | | | |
|---|---|---|---|
| 7. | Larry and Leslie Kay McLeskey | c/o Riley Williams Piatt LLC | Purchase of property from Oceanpointe (or related entity as identified on closing documents); interactions with the Morris Defendants; interactions with Oceanpointe and its representatives; alleged damages. |
| 8. | Representative(s) of Paramount Title Agency, LLC and/or any title company who performed closing(s) on Plaintiffs' property | Paramount Title Agency, LLC 1848 Alabama Street Indianapolis, IN 46202 | Plaintiffs' purchase of property from Oceanpointe (or related entity as identified on the closing documents). |
| 9. | Any and all witnesses named by Plaintiffs | | |
| 10. | Any and all witnesses identified during the course of these proceedings | | |
| 11. | Any and all persons named in any expert report or disclosure | | |
| 12. | Any and all persons needed to authenticate any documents | | |
| 13. | Any and all persons needed to prove damages | | |

| | | | |
|---|---|---|---|
| 14. | Any and all persons identified in any discovery or documents produced in this matter | | |
| 15. | Any person, whether designated or not, for the purpose of providing rebuttal evidence | | |
| 16. | All persons deposed prior to trial | | |
| 17. | Any person, whether designated or not, for the purpose of providing impeachment evidence | | |

As discovery is on-going, the Morris Defendants reserve the right to amend, modify, and/or add to this Witness List.

## Preliminary Exhibit List

1. Any and all communications between Plaintiffs and the Morris Defendants;

2. Purchase Agreement(s) for property purchased by Plaintiffs;

3. Closing documents for the property purchased by Plaintiffs;

4. Title insurance, deeds, and other title-related documents for the property purchased by Plaintiffs;

5. Communications from representatives of Morris Invest regarding Plaintiffs' purchase, rehabilitation, and property management of the property at issue;

6. Communications from representatives of Oceanpointe regarding Plaintiffs' purchase, rehabilitation, and property management of the property at issue;

7. Scope of work and any documents relating to the rehabilitation work performed or to-be-performed on the property purchased by Plaintiffs;

8. Communications between Plaintiffs and Oceanpointe representatives;

9. Documentation identifying the contracts and agreements between Plaintiffs and Oceanpointe entities;

10. Records and documents relating to the property purchased by Plaintiffs;

11. Any and all pleadings in this action;

12. Any and all discovery responses in this action;

13. Any and all documents necessary to prove damages;

14. Any and all depositions, including exhibits, taken in this action;

15. Any and all documents identified in Plaintiffs' initial disclosures;

16. Any and all documents produced in response to discovery;

17. Any and all documents listed on Plaintiffs' preliminary and final exhibit lists;

18. All documents and things which may be used for demonstrative purposes;

19. All documents and things which may be used for the purposes of impeachment or rebuttal of witnesses; and

20. Any other documents or exhibits which may be discovered pursuant to continuing discovery.

As discovery is on-going, the Morris Defendants reserve the right to amend, modify, and/or add to this Exhibit List.

Respectfully submitted,

/s/ *Molly E. Harkins*
David J. Hensel, (15455-49)
Amanda L.B. Mulroony (30051-49)
Molly E. Harkins (#35247-49)
HOOVER HULL TURNER LLP
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, Indiana 46244-0989
Telephone: (317) 822-4400
Fax: (317) 822-0234
dhensel@hooverhullturner.com
amulroony@hooverhullturner.com
mharkins@hooverhullturner.com

*Counsel for Morris Defendants*